In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11773
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

DAVEY GREEN,
 a.k.a. Little Dave,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 5:21-cr-00002-LGW-BWC-2
_____

Before ROSENBAUM, JILL PRYOR, and GRANT, Circuit Judges.

PER CURIAM:

Leigh Ann Webster, appointed counsel for Davey Green in this appeal from his conviction and sentence for distributing a controlled substance, in violation of 21 U.S.C. § 841(a)(1), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our

2                        Order of the Court                    24-11773

independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Green's conviction and sentence are **AFFIRMED**.